# United States Court of Appeals

## For the First Circuit

---

No. 99-2024

PAN AMERICAN GRAIN MANUFACTURING CO., INC.,

Plaintiff, Appellant,

v.

PUERTO RICO PORTS AUTHORITY; CCC UNDERWRITERS;
PROCESADORA DE GRANOS DE PUERTO RICO, INC.,

Defendants, Appellees,

---

CONTINENTAL GRAIN COMPANY, INC.; MOLINOS NACIONALES, INC.,
INDUSTRIAS AVÍCOLAS A/K/A POLLOS PICÚ,

Defendants.

---

ERRATA SHEET

The opinion of this Court issued on July 9, 2002, is amended
as follows:

On page 2, line 1, change "1999" to "1995."